## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Vivek Shah
                Plaintiff,

v.                                                 Case No.: 1:22–cv–02437
                                                Honorable John Robert Blakey

Citibank, N.A.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 16, 2023:

       MINUTE entry before the Honorable John Robert Blakey: Bench trial held and completed on 2/16/23. As explained in its findings of fact as stated on the record, and based upon the full record before it, the Court finds that Citibank properly communicated the arbitration provisions in its agreements and Mr. Shah failed to properly reject or opt out of those provisions. Valid and binding agreements to arbitrate as to both the credit card account and the checking account thus exist, and the Court, therefore, grants Citibank's motion to compel arbitration [18] and stays this matter pending arbitration. The parties shall file an updated status report within two weeks of any arbitration decision. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.