### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| VIVEK SHAH,<br>    Plaintiff, | Case No. 1:22-cv-02437 |
| v. | Honorable John Robert Blakey |
| CITIBANK, N.A.,<br>    Defendant. | Magistrate Judge Sunil R. Harjani |

## PLAINTIFF'S MOTION TO CONFIRM ARBITRATION AWARD

Plaintiff respectfully move this Court for an order and judgment confirming the January 6, 2024 arbitration award in American Arbitration Association Case No. 01-23-0001-6380, which is attached to this motion.

Dated: January 24, 2024

Respectfully submitted,

/s/ Vivek Shah

Vivek Shah
236 Woburn Ln
Schaumburg, IL 60173