UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Vivek Shah
                        Plaintiff,

v.                                           Case No.: 1:22–cv–02437
                                                       Honorable John Robert Blakey

Citibank, N.A.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 15, 2024:

       MINUTE entry before the Honorable John Robert Blakey: Plaintiff seeks to confirm the arbitration award issued 1/6/24, see [78]. Defendant declined to respond to the motion. Federal court review of arbitration awards remains "tightly limited.&qu;ot; Standard Sec. Life Ins. Co. of New York v. FCE Benefit Administrators, Inc., 967 F.3d 667, 671 (7th Cir. 2020) (citing Baravati v. Josephthal, Lyon & Ross, Inc., 28 F.3d 704, 706 (7th Cir. 1994)). Generally, "if a party seeks to confirm an arbitration award within a year of its entry, the court must do so unless the award has been vacated or modified under sections 10 or 11 of the FAA." Chelmowski v. ATT Mobility LLC, No. 14 C 7283, 2015 WL 231811, at *3 (N.D. Ill. Jan. 15, 2015) (citing 9 U.S.C. §9; IDS Life Ins. Co. v. Royal Alliance Assocs., 266 F.3d 645, 650–51 (7th Cir. 2001)). "Confirmation is 'usually routine or summary,' and a court will set aside an arbitration award 'only in very unusual circumstances.'" Standard Sec. Life Ins. Co. of New York, 967 F.3d at 671 (quoting Hasbro, Inc. v. Catalyst USA, Inc., 367 F.3d 689, 69192 (7th Cir. 2004); First Options of Chicago, Inc. v. Kaplan, 514 U.S. 938, 942 (1995)). Here, Plaintiff has timely moved to confirm the award, and the records contains no suggestion that the award has been modified or vacated. Accordingly, the Court grants Plaintiff's motion to confirm [78] and confirms the 1/6/24 award. All matters in dispute now having been resolved, this case is closed. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.