IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Vivek Shah,

Plaintiff(s),

v.

Citibank, N.A.,

Defendant(s).

Case No. 22 CV 2437
Judge John Robert Blakey

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes            pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This case is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge            presiding, and the jury has rendered a verdict.
☐ tried by Judge            without a jury and the above decision was reached.
☒ decided by Judge John Robert Blakey.

Date: 2/15/2024

Thomas G. Bruton, Clerk of Court

G. Lewis, Deputy Clerk